UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSHUA A. SCHOHN,

        Defendant.

**DECISION AND ORDER**
19-CR-139-A

---

This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On January 2, 2020, the Magistrate Judge filed a Report, Recommendation and Order (Dkt. No. 22) that recommends that motions to dismiss the Indictment and for suppression of physical evidence and statements filed by defendant Schohn be denied. No timely objections to the Report and Recommendation have been filed.

Pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the Report, Recommendation and Order, it is

**ORDERED** that the motions to dismiss and to suppress (Dkt. No. 16) are denied; and it is

**ORDERED** that the parties shall appear to set a date for trial on February 25, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

                                          *s/Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT COURT

Dated: February 24, 2020